Sheldon Dubler and C. L. Brown, for appellant.

Francis M. Miller, for appellees.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the circuit court, be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.

**JOSEPH HUTNER, and PAULINE HUTNER, his wife, v. HARRY L. DAVIS, BENJAMIN FRANKLIN, THE INVESTORS SYNDICATE LAND CO., INC.**

5 So. (2nd) 859                                    Division A

January 27, 1942          Rehearing Denied February 19, 1942

Albert S. Dubbin, for appellants.

Herman Goldberg for Appellee Harry L. Davis, and Norman L. Lyons, for Appellee Benjamin Franklin and Investors Syndicate Land Company, Inc.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the circuit court, be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.

**H. F. SEESTEDT v. SOUTHERN LAUNDRY, INC., a Florida corporation, T. L. ELVINS, E. W. ELVINS and W. E. JUNK.**

5 So. (2nd) 859                                    Division B
January 27, 1942            Rehearing Denied February 19, 1942